UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPOUND SOLUTIONS, INC., A California Corporation<br><br>Plaintiff,<br><br>v.<br><br>COREFX INGREDIENTS, LLC, a Delaware Limited Liability Company; DOES 1-10<br><br>Defendant. | CASE No. 19-cv-2058-JAH-WVG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br>**[Doc. No. 6]** |

Compound Solutions, Inc. ("Plaintiff") and Defendant CoreFX Ingredients LLC ("Defendant") jointly move for an order extending the time within which Defendant may respond to Plaintiff's Complaint pursuant to Civil Local Rules 7.2 and 12.1. *Doc. No.* 6.

Good cause appearing, the Court GRANTS the parties' joint motion.

IT IS HEREBY ORDERED that Defendants may file their responsive pleading on or before December 5, 2019.

**IT IS SO ORDERED.**

Dated: November 22, 2019

_____
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE