# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPOUND SOLUTIONS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>COREFX INGREDIENTS, LLC, a Delaware Limited Liability Company; DOES 1-10,<br><br>Defendant. | Case No.: 19cv2058-JAH (WVG)<br><br>**ORDER VACATING HEARING DATE** |

After a careful review of the parties' submissions, the Court deems Defendant CoreFx Ingredients, LLC's Motion to Change Venue (Doc. No. 10), suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1).

Accordingly, **IT IS HEREBY ORDERED** that Defendant's motion is taken under submission without oral argument and the hearing set for February 3, 2020, is VACATED. The Court will issue an order in due course.

**IT IS SO ORDERED**

DATED: January 27, 2020

_____
JOHN A. HOUSTON
United States District Judge

1